UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY LAMAR SMITH et al., | No. 2:13-cv-2254 DAD P |
| Plaintiffs, | |
| v. | ORDER |
| JEFFREY A. BEARD et al., | |
| Defendants. | |

Plaintiffs, state prisoners proceeding through counsel, have filed a civil rights action pursuant to 42 U.S.C. § 1983. On March 21, 2014, this matter came before the court on plaintiffs' motion for reconsideration of the court's January 16, 2014 intradistrict transfer order. (See Doc. No. 7.) Attorneys Benjamin L. Pavone (telephonically) and Matthew B. Pavone appeared on behalf of plaintiffs. Deputy Attorney General Jon Allin appeared on behalf of defendants.

For the reasons already stated on the record at the hearing, the court has reconsidered its January 16, 2014, intradistrict transfer order. In that transfer order, the court inadvertently cited 28 U.S.C. § 1406(a) in support of its decision to transfer this case to the Fresno Division of the court. The court should have cited 28 U.S.C. § 1404(a) and Local Rule 120(f).

In the interest of justice and judicial economy, and for good cause, the court confirms that this case should remain in the Fresno Division of the court. See 28 U.S.C. § 1404(a); Local Rule

1

1  120(f). The Fresno division of this court has already assigned this action Case No. 1:14-cv-0060
2  LJO SAB and related it to an existing and previously filed class action, Case No. 1:13-cv-1055
3  SAB LJO.
4      Accordingly, IT IS HEREBY ORDERED that:
5      1. Plaintiff's motion for reconsideration (Doc. No. 8) is granted;
6      2. Upon reconsideration, this action shall remain in the Fresno Division of the court.  All
7  future filings in this action shall reference Case No. 1:14-cv-0060 LJO SAB.
8  Dated:  March 21, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
smit2254.mrecon